## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4581 | **DATE** | September 2, 2008 |
| **CASE TITLE** | U.S. ex rel. Adam Palinski (#R-28536) v. Mathy | | |

**DOCKET ENTRY TEXT:**

Petitioner has paid the required filing fee. Respondent is ordered to answer or otherwise plead to the petition within twenty days of the date this order is entered on the Clerk's docket.

■ [For further details see text below.]    Docketing to mail notices.

### STATEMENT

JJD